UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

FILED
APR 09 2008
CLERK

*********************************************************************

| | | |
|---|---|---|
| MARY JO BRANDIS, | * | CIV 07-3007 |
| Plaintiff, | * | |
| -vs- | * | ORDER AND OPINION |
| FARMERS ALLIANCE MUTUAL INSURANCE COMPANY, | * | |
| Defendant. | * | |

*********************************************************************

The defendant has filed a motion to disqualify attorney Aaron D. Eiseland. See Doc. 20. Motions to interfere with a party's choice of attorney are disfavored. Attempts to depose an attorney of record in a case are disfavored. It appears to the court that the only information that attorney Eiseland has deals with documents as to which there is no dispute. A stipulation as to foundation may be required and should not present a problem. The motion should be denied.

NOW, THEREFORE,

IT IS ORDERED that the motion to disqualify attorney Aaron D. Eiseland (Doc. 20) is denied.

Dated this 9th day of April, 2008.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
DEPUTY
(SEAL)