```
            IN THE UNITED STATES DISTRICT COURT
                  DISTRICT OF SOUTH DAKOTA
                      CENTRAL DIVISION
```

**FILED**
**JUL 1 0 2009**
[Clerk signature]

Mary Jo Brandis,

                Plaintiff,

v.

                              Civil Action No. 07-3007

Farmers Alliance
Mutual Insurance Company,

                Defendant.

Parties Stipulation for Entry of Judgment of Dismissal

To This Honorable Court:

All parties appearing in this action hereby stipulate and agree as follows:

    1. The Complaint of Mary Jo Brandis may be dismissed, with prejudice, and without costs to any party.

Dated: June 27, 2009

O'LEARY LAW OFFICE

[signature]
Mark D. O'Leary
3500 S. Phillips Avenue
Suite 120
Sioux Falls, SD   57105-6864
Olearyoffice@midconetwork.com
*Attorney for Farmers Alliance Mutual Insurance Company*

Dated: June 25, 2009

[signature]
Aaron D. Eiesland
Johnson Eiesland Law
Offices, P.C.
4020 Jackson Boulevard
Rapid City, SD 57702
aeiesland@johnsoneiesland.com
Attorney for Plaintiff

1

JUDGMENT OF DISMISSAL

Upon the foregoing stipulation of the parties to this action, and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

That the Complaint of Mary Jo Brandis is dismissed, with prejudice, each party to bear their own costs.

Dated this the 9th day of July, 2009.

BY THE COURT:

Charles B. Kornmann
United States District Judge

ATTEST:
Joseph A. Haas, Clerk

By _____
            Deputy

2

Certificate of Service

I, Mark D. O'Leary, certify that on this the 7th day of July, 2009, in the matter of Case No. 07-3007, *Mary Jo Brandis v. Farmers Alliance Mutual Insurance Company*, U.S. District Court, District of South Dakota, Central Division, I served the following document(s):

1. Parties Signed Joint Stipulation for Entry of Judgment of Dismissal, with proposed Judgment; and,
2. Certificate of Service.

by ~~NOTICE OF ELECTRONIC FILING, by Electronic Means in accordance with Fed. R. Civ. P. 5(b)(D), or,~~ U.S. Mail, First Class, postage prepaid, addressed to:

Aaron D. Eiesland
Johnson Eiesland Law Offices, P.C.
4020 Jackson Boulevard
Rapid City, SD 57702
eieslandlaw@rap.midco.net
Attorney for Plaintiff

The Original being forwarded directly to Chambers of the Honorable Charles B. Kornmann, U.S. Courthouse, 102 4th Ave. SE, Ste. 413, Aberdeen, SD 57401.

Mark D. O'Leary